**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kimberly Spearman and Jason Luker, Defendants,

Of whom Kimberly Spearman is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-000496

―――――――――

Appeal From Anderson County
M. Scott McElhannon, Family Court Judge

―――――――――

Unpublished Opinion No. 2021-UP-362
Submitted September 29, 2021 – Filed October 18, 2021

―――――――――

**AFFIRMED**

―――――――――

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

John Marshall Swails, Jr., of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Kimberly Spearman appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Spearman's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and WILLIAMS and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.